**Hong MAI, Appellant,**

v.

**NYS DEPT. OF WELFARE,**
**Defendant–Appellee.**

**Docket No. 00–9455.**

United States Court of Appeals,
Second Circuit.

July 19, 2001.

Hong Mai, Richmond Hill, NY, pro se.
On submission for appellee.

Present CABRANES, POOLER and SACK, Circuit Judges.

### SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, AD-JUDGED, AND DECREED that the judgment of the District Court be and is AFFIRMED.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Allyne R. Ross, *Judge*) dismissing Hong Mai's action for lack of subject matter jurisdiction. After reviewing the arguments raised by Hong Mai, we find them to be without merit.

For the reasons stated above, the judgment of the District Court is AFFIRMED.